476 A.2d 86

Commonwealth v. Foster, Appellant.

Submitted March 5, 1984.   Paul S. Herzberg, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.